IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| KEVIN LORDEMANN, PERSONAL REPRESENTATIVE OF THE ESTATE OF BERNARD LORDERMANN, DECEASED,<br><br>  Plaintiff,<br>vs.<br><br>RANDY SIBBITT, M.D., MONTANA INTERVENTIONAL & DIAGNOSTIC RADIOLOGY SPECIALISTS, PLC, and UNITED STATES OF AMERICA,<br><br>  Defendants. | CV 24-cv-00059-H-JTJ<br><br>ORDER |

**IT IS HEREBY ORDERED** that the above-captioned cause is **REASSIGNED** to the Honorable Donald W. Molloy for all further proceedings.

DATED this 5th day of November, 2024.

_____
Brian Morris, Chief District Judge
United States District Court