IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| KEVIN LORDEMANN, as personal representative of the Estate of Bernard Lordemann, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>RANDY SIBBITT, M.D., MONTANA INTERVENTIONAL & DIAGNOSTIC RADIOLOGY SPECIALISTS PLLC, and UNITED STATES OF AMERICA,<br><br>Defendants. | CV 24-59-H-DWM<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>Cross-Claimant,<br><br>vs.<br><br>MONTANA INTERVENTIONAL & DIAGNOSTIC RADIOLOGY SPECIALISTS, PPLC,<br><br>Cross-Defendant. | |

The parties having filed stipulations for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 15th day of September, 2025.

_____
Donald W. Molloy, District Judge
United States District Court